IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00165-MR-WCM

| | |
|---|---|
| DWAYNE FRIDAY and ANITA FRIDAY ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> NATIONSTAR MORTGAGE LLC ) <br> *doing business as* MR. COOPER GROUP ) <br> ) <br> Defendant. ) <br> ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 9) filed by Joel R. Rhine. The Motion indicates that Mr. Rhine, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Brian D. Flick, who the Motion represents as being a member in good standing of the Bars of the States of Ohio and Kentucky. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 9) and **ADMITS** Brian D. Flick to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 2, 2021

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge